UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FORD MOTOR CO.,

          Plaintiff(s),           Case No. 13-13055

v.           Honorable Lawrence P. Zatkoff

FUJIJURA LTD, ET. AL.,           Magistrate Judge Laurie J. Michelson

          Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to Case No. 12-02311. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Marianne O. Battani and Magistrate Judge Mona K. Majzoub.

          s/Lawrence P. Zatkoff
          Lawrence P. Zatkoff
          United States District Judge

          s/Marianne O. Battani
          Marianne O. Battani
          United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: CIVIL

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: August 6, 2013           s/ S Schoenherr
          Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Marianne O. Battani