UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,

    Plaintiff,

v.

FUJIKURA LTD. and FUJIKURA AUTOMOTIVE AMERICA LLC,

    Defendants.

Case No. 2:13-cv-13055-MOB-MKM

Hon. Marianne O. Battani

**STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

    Plaintiff Ford Motor Company ("Ford") and Defendants Fujikura Ltd. ("F-Co") and Fujikura Automotive America LLC ("FAA"), through their undersigned attorneys, stipulate and agree as follows:

    1.    Counsel for F-Co and FAA accepts service of the Summons and Complaint on behalf of F-Co and FAA, as of July 31, 2013.

    2.    Ford, F-Co, and FAA agree that the acceptance of service of the Summons and Complaint and/or F-Co and FAA's execution of this stipulation waives any objections to the absence of a summons or of service.

    3.    Except as set forth in paragraph 2 hereof, F-Co and FAA's acceptance of service of the Summons and Complaint and/or execution of this stipulation shall not constitute a waiver of any affirmative defenses under Fed. R. Civ. P. 8, any defenses under Fed. R. Civ. P. 12 except for insufficient process and insufficient

{35842/2/DT787410.DOCX;1}

service of process, any other statutory or common law substantive or procedural defenses or defenses of any kind, or any right to seek or oppose any reassignment, transfer or consolidation alternatives.

4. Except as set forth in subparagraphs 2 and 3 hereof, F-Co and FAA expressly reserve the right to raise any such defenses (or any other defense) and to take any permissible action in response to the Complaint.

5. F-Co and FAA shall, as permitted by Fed. R. Civ. P. 12, have until and including September 30, 2013 to answer, move, or otherwise respond to the Complaint.

6. Nothing in this Stipulation shall preclude F-Co and FAA from seeking to amend the filing deadline set forth herein.

**IT IS SO ORDERED.**

Dated: <u>August 29, 2013</u>　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　Hon. Marianne O. Battani
　　　　　　　　　　　　　　　　United States District Judge

**IT IS SO STIPULATED**:

KERR, RUSSELL AND WEBER, PLC

By:/s/ *Joanne Geha Swanson*
    Joanne Geha Swanson (P33594))
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 - facsimile

ARNOLD & PORTER, LLP
James L. Cooper
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

KIENBAUM OPPERWALL
HARDY & PELTON, P.L.C.
Eric J. Pelton (P40635)
280 N. Old Woodward Avenue,
Suite 400
Birmingham, MI 48009
(248) 645-000
(248) 645-1385 - facsimile

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: *Edward E. McNally w/permission*
    Hector Torres
    Harold G. Levison
    Edward E. McNally
1633 Broadway
New York, NY 10019
(212) 506-1700
(Applications for Admission pending)
*Attorneys for Plaintiff Ford Motor Company*