# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| In re: Wire Harness Cases | |
| | 2:13-cv-00104-MOB-MKM |
| THIS DOCUMENT RELATES TO: | 2:13-cv-13055-MOB-MKM |
| Ford Motor Company | |
| v. | |
| Fujikura Ltd. and Fujikura Automotive America LLC | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties, Plaintiff Ford Motor Company and Defendants Fujikura Ltd. and Fujikura Automotive America LLC, through their respective undersigned counsel, IT IS HEREBY ORDERED:

1. Plaintiff's Complaint is dismissed with prejudice as to all claims that were or could have been asserted against Defendants in this action.

2. Each of the parties shall bear its own fees and costs.

                                                  Hon. Marianne O. Battani
                                        United States District Court Judge

Dated: September 13, 2016

So stipulated.

By: /s/ *Hector Torres*
Hector Torres
Edward E. McNally
Cindy C. Kelly
Sarah Gibbs Leivick
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
htorres@kasowitz.com
emcnally@kasowitz.com
ckelly@kasowitz.com
sleivick@kasowitz.com

Eric J. Pelton (P40635)
Theodore R. Opperwall (P31374)
Ryan D. Bohannon (P73394)
KIENBAUM OPPERWALL
HARDY & PELTON, P.L.C.
280 N. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009
(248) 645-0000
epelton@kohp.com
topperwall@kohp.com
rbohannon@kohp.com

*Attorneys for Plaintiff Ford Motor Company*

By: /s/ *James L. Cooper (with consent)*
James L. Cooper
Michael A. Rubin
Katherine Clemons
Stephanie I. Fine
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
james.cooper@aporter.com
michael.rubin@aporter.com
katherine.clemons@aporter.com
stephanie.fine@aporter.com

2

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Fax: (313) 961-0388
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*